UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 31 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MI FAMILIA VOTA; et al.,<br><br>    Plaintiffs - Appellees,<br><br> v.<br><br>ADRIAN FONTES, in his official capacity as Arizona Secretary of State; et al.,<br><br>    Defendants - Appellees,<br><br>WARREN PETERSEN, President of the Arizona Senate; et al.,<br><br>    Intervenor-Defendants - Appellants. | No. 24-3188<br><br>D.C. No. 2:22-cv-00509-SRB<br><br>District of Arizona, Phoenix<br><br>MANDATE |
| MI FAMILIA VOTA; et al.,<br><br>    Plaintiffs - Appellees,<br><br> v.<br><br>KRIS MAYES and STATE OF ARIZONA,<br><br>    Defendants - Appellants. | No. 24-3559<br><br>D.C. No. 2:22-cv-00509-SRB<br><br>District of Arizona, Phoenix |
| PROMISE ARIZONA and SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT,<br><br>    Plaintiffs - Appellants, | No. 24-4029<br><br>D.C. No. 2:22-cv-00509-SRB<br><br>District of Arizona, |

| |
|---|
| and |
| MI FAMILIA VOTA; et al., |
|     Plaintiffs, |
| v. |
| ADRIAN FONTES; et al., |
|     Defendants, |
| and |
| KRIS MAYES and STATE OF ARIZONA, |
|     Defendants - Appellees, |
| WARREN PETERSEN and REPUBLICAN NATIONAL COMMITTEE, |
|     Intervenor-Defendants - Appellees, |
| and |
| STEVE MONTENEGRO, Speaker of the Arizona House of Representatives, |
|     Intervenor-Defendant - Appellant. |

Phoenix

The judgment of this Court, entered February 25, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the Appellants in the total amount of $738.40.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT